# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2738
_____

OSCAR L. FOSTER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

March 1, 2019

PER CURIAM.

AFFIRMED.

ROWE, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Oscar L. Foster, pro se, Appellant.

Ashley B. Moody, Attorney General, Quentin Humphrey, Assistant Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee, for Appellee.